**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7846**

---

TYRONE WALKER,

Plaintiff - Appellant,

versus

OFFICER YOUNG, Police Officer; CARL MOORE,
Police Officer,

Defendants - Appellees,

and

OFFICER HAMILTON,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-97-384-3)

---

Submitted: March 16, 1999          Decided: May 4, 1999

---

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Walker, Appellant Pro Se. Anton Joseph Stelly, THOMPSON, SMITHERS, NEWMAN & WADE, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Walker appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.[*] We have reviewed the record and the magistrate judge's oral opinion and find no reversible error. Based on testimony adduced at trial, the magistrate judge did not err by concluding that neither of the named Defendants was responsible for Walker's injuries. Accordingly, we affirm the decision of the magistrate judge. See <u>Walker v. Hamilton</u>, No. CA-97-384-3 (E.D. Va. Nov. 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] All parties consented to the jurisdiction and authority of the magistrate judge to enter final judgment in this action.